WILLIAM COLE, as Executor, etc., Respondent, *v.* CHARLES E. FROST, as Executor, etc., et al., Impleaded, etc., Appellants.

(Argued December 4, 1889; decided December 20, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered

upon an order made February 12, 1889, which modified and affirmed as modified, a judgment entered upon a decision of the court, on trial at Special Term.

*Calvin Frost* and *James Troy* for appellants.

*George G. Reynolds* for respondents.

Agree to affirm; no opinion.
All concur except EARL, PECKHAM and GRAY, JJ., dissenting.
Judgment affirmed.